IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARJORIE CLARK, | ) |
| | ) Civil Action |
| Plaintiff, | ) No. 1:19-cv-00519-LMM |
| v. | ) |
| | ) |
| GEORGIA SPINE AND | ) JURY TRIAL DEMANDED |
| ORTHOPAEDICS OF ATLANTA, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER APPROVING SETTLEMENT AND DISMISSING PLAINTIFF'S ACTION

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion, conducting a telephone conference and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED** with the exception of Paragraph 12 and a portion of Paragraph 13.[1] These Paragraphs are stricken from the settlement as inconsistent with the FLSA.

---

[1] For Paragraph 13, the Court will allow only the following language: "For and in consideration of the payments, promises, and other consideration described in this Agreement, Clark agrees not to make any negative statements or to take any action which disparages or improperly criticizes GSO concerning ny matter occurring prior to the execution of this Agreement." The remainder of this Paragraph is stricken.

2.  The Court finds that the other agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.  This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED**, this 1st day of July, 2019.

*[signature]*
Leigh Martin May
United States District Judge
Northern District of Georgia